IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRUCE CARTER, #103403** | § | **PETITIONER** |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:06cv1004-LG-JMR** |
| | § | |
| **J. BANKS, Warden** | § | **RESPONDENT** |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation of Chief United States Magistrate Judge John M. Roper, Sr. [27] , the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Chief Magistrate Judge John M. Roper, Sr., entered on May 9, 2008, be, and the same hereby is, adopted as the finding of this Court.  The Petitioner's Petition and Amended Petition for Writ of Habeas Corpus are hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 10th day of June, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE